# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| UNITE HERE HEALTH; AND NEVADA HEALTH SOLUTIONS, LLC,<br>Appellants,<br>vs.<br>THE STATE OF NEVADA COMMISSIONER OF INSURANCE, BARBARA D. RICHARDSON, IN HER OFFICIAL CAPACITY AS STATUTORY RECEIVER FOR DELINQUENT DOMESTIC INSURER; NEVADA HEALTH CO-OP; AND GREENBERG TRAURIG, LLP,<br>Respondents. | No. 82467 |

FILED

APR 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITE HERE HEALTH, A MULTI-EMPLOYER HEALTH AND WELFARE TRUST, AS DEFINED IN ERISA SECTION 3(37); AND NEVADA HEALTH SOLUTIONS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Petitioners,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TARA D. CLARK NEWBERRY, DISTRICT JUDGE,<br>Respondents,<br>and<br>THE STATE OF NEVADA COMMISSIONER OF INSURANCE, BARBARA D. RICHARDSON, IN HER OFFICIAL CAPACITY AS STATUTORY RECEIVER FOR DELINQUENT DOMESTIC INSURER; NEVADA HEALTH CO-OP; AND GREENBERG TRAURIG, LLP, | No. 82552 |

22-11098

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal and original petition for a writ of mandamus are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.



, C.J.

cc:    Hon. Tara D. Clark Newberry, District Judge
Bailey Kennedy
Lewis Roca Rothgerber Christie LLP/Las Vegas
Jenner & Block/Chicago
Greenberg Traurig, LLP/Las Vegas
Jenner & Block/Los Angeles
Eighth District Court Clerk